AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Frank R. Goldsmith

JUDGMENT IN A CIVIL CASE

v.

State of Washington

CASE NUMBER: CV-07-179-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Petition is DISMISSED Without Prejudice under Rule 4, Governing Section 2254 Cases.

June 7, 2007
*Date*

JAMES R. LARSEN
*Clerk*

s/ Vikki Johnson
*(By) Deputy Clerk*

Vikki Johnson